### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEPHEN WILKERSON | CRIMINAL ACTION<br>NO. 19-15-5 |

## ORDER

AND NOW, this 20th day of July, 2022, upon consideration of Stephen Wilkerson's *pro se* Motion for Compassionate Release (ECF 534), the Government's Response (ECF 538) and Wilkerson's Reply (ECF 548), and consistent with the accompanying Memorandum of Law, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.